## Exhibit A to the Complaint

**Location:** New York, NY  
**Total Works Infringed:** 48  

**IP Address:** 74.108.49.191  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 8FBA9A6C3E55E2CFEA44773F0061C8DC3DDAA9B0<br>File Hash: FBE001CC5577F60E1205397DE7BB28FAB61AF9AAA7A2017CD1EB77857C8434D2 | 04-18-2021 03:44:11 | Blacked Raw | 01-18-2021 | 02-09-2021 | PA0002276148 |
| 2 | Info Hash: 10D79E06573B7390379B567DBB92AB9A79E90943<br>File Hash: 40208A840292C997ED3725A15D4EBBECB53E1EF4ED1F21F7E398BCD2A6A3C443 | 02-24-2020 02:06:59 | Tushy | 02-20-2020 | 03-18-2020 | PA0002241623 |
| 3 | Info Hash: 701FE06D9654E4828136DB0C4DD4A89EADEB1426<br>File Hash: 36C1CFEEFEFF0A95857939B5F484F745C0B5632B9B7506ECE0B844FAC253EF49 | 01-23-2020 04:56:08 | Tushy | 12-12-2019 | 01-03-2020 | PA0002219634 |
| 4 | Info Hash: 7002B8FD77E8FE70BC2B27738C364D56599DC8C6<br>File Hash: ED48404140FB76FEE1A3027AE721668B2BCC60262455F914FA69DE9EC0CFA0B5 | 01-23-2020 02:52:06 | Tushy | 01-01-2020 | 01-27-2020 | PA0002223953 |
| 5 | Info Hash: 32F351A50923665FACEBB3E808A0821459057EA6<br>File Hash: 7C5E1FA693189E87B4D09622783041209AF7D31343BEA71ED99BA4BE39FF1CE8 | 01-23-2020 02:08:20 | Tushy | 11-22-2019 | 12-03-2019 | PA0002232052 |
| 6 | Info Hash: 0BA8894950218E069E42B23403598B102CE4C6B3<br>File Hash: 9EF07345C5CB3B960537862FA8897CBCD0A50C4718FF5FF79C6B852E76ABB2D4 | 01-23-2020 02:03:04 | Tushy | 12-22-2019 | 01-22-2020 | PA0002234863 |
| 7 | Info Hash: FB1216B161FA0FD882FC0359EF90B42D1386C793<br>File Hash: 77F3F8F070F101051E0B99D3FDEB7F4CF39D0479830D811B447A5DE59EF3A578 | 01-23-2020 01:59:16 | Tushy | 01-16-2020 | 02-20-2020 | PA0002237625 |
| 8 | Info Hash: 8E683337AAF7341811259CB738231DBA79FDAAC1<br>File Hash: 0ABEFC6E76181B52AF2DA75A3CDAF2E435A0A211EF4A828DD6C460869EE5F47C | 01-23-2020 01:45:53 | Tushy | 01-21-2020 | 02-20-2020 | PA0002237627 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 9C026601B2459C8B4A1BB5DDC7E29714DB2EA236<br>File Hash: 183592DB23C2EC001E98E73F72BCF3D4E2B4A1B98E04AA80EBE0146C492836C0 | 01-23-2020 01:13:59 | Blacked Raw | 01-22-2020 | 02-20-2020 | PA0002229057 |
| 10 | Info Hash: 490C55643A09A91E75BCC1CCB631758AB7F502F0<br>File Hash: D3D985BBD3586404DCD36C805BBE28E693681DBF2129F717EE696BE634B28622 | 01-20-2020 04:32:56 | Blacked | 01-15-2020 | 02-04-2020 | PA0002225584 |
| 11 | Info Hash: 98A758BDF55197FBF000B461F178493326ABBD65<br>File Hash: 91C51869CC0FF0C5FAE0D87322CC8938151A4EA7BA7A8F379E6793DFAC6C2C4A | 01-20-2020 03:10:08 | Vixen | 12-05-2019 | 12-17-2019 | PA0002217671 |
| 12 | Info Hash: BCAEF49E2CE81942A47EBD678C0582019E8318A3<br>File Hash: E3F9EEECF6FD21DE522B0D7AF5F73A267D9F422A66C55DD4DDC100CD9EE98142 | 12-05-2019 00:01:24 | Vixen | 11-30-2019 | 12-17-2019 | PA0002217669 |
| 13 | Info Hash: BA3B2D0495A74AA71E3DBF92E4BEFF7944393735<br>File Hash: C469A817A790FE5BAB11722AB32C03E200139C15FB2359FC40DD4CDC31F5CAFA | 10-17-2019 02:26:12 | Vixen | 06-03-2018 | 07-09-2018 | PA0002109331 |
| 14 | Info Hash: 4D73BAD72967DF4180227491EBEC51A05DC34C96<br>File Hash: B3BD5FA8B89500253DD8FDD7B35B0F1981662474A9D6720130386C1D5856552E | 07-17-2019 01:18:42 | Tushy | 07-15-2019 | 08-02-2019 | PA0002192300 |
| 15 | Info Hash: A928408F78D9DA0131B046F8EF62E2266823046B<br>File Hash: CC55246A02FF83FA16EA4985DEAF6CFCDF29F9BB77B1831701347CBCFEC08F85 | 07-13-2019 15:04:53 | Blacked Raw | 01-17-2018 | 01-24-2018 | PA0002101760 |
| 16 | Info Hash: 96C8D3DF7723CD5C079EDCF3C0FA8B3CDC02A415<br>File Hash: ED4EA3BC547E9B8040F781B8FD61D7F01466CECDEFAC76E8572A1ECBBA1BF392 | 07-12-2019 05:18:07 | Blacked Raw | 07-11-2019 | 09-17-2019 | PA0002216212 |
| 17 | Info Hash: 4939DDA25AC94EF2490052A79D7CF72324523D6F<br>File Hash: 174E86F5B9E18C5BAD79375E2075492632A0FB1B3B4F07F2AD0912F0A86344F8 | 07-12-2019 02:09:04 | Blacked Raw | 07-01-2018 | 07-26-2018 | PA0002112161 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 680EE371B7800325E30411D1F71804CA76112ECB<br>File Hash: 2502A266973A3BDE9DCF00310969C52A9ED145D7457446FE671BE56CD7FA5245 | 07-12-2019 02:02:35 | Blacked Raw | 03-13-2019 | 04-17-2019 | PA0002186977 |
| 19 | Info Hash: 76F442D9C1D44DBCA7E9694E06BAC9FDEFA1286B<br>File Hash: 07804F7A6BD22E48684AEC6C8DDA18FC0C431D770A7AE0785B1FD1E2DA8B8D2C | 07-11-2019 03:00:30 | Tushy | 07-10-2019 | 08-02-2019 | PA0002192298 |
| 20 | Info Hash: 1A679D618CA53DDA5BDF7A3077B2362A8B5A3467<br>File Hash: 9FA2054EF07E138C04FCDD9B874CE7769130406941F1585AF9E7ABF3F7BFB3AE | 06-26-2019 01:58:50 | Vixen | 01-04-2019 | 01-22-2019 | PA0002147681 |
| 21 | Info Hash: 79DC5DB8AFADBC2BA4F225D825600F0D0CD70969<br>File Hash: 3EC91E91B15EB618D1181CA8E4D564146052BA95818B2981D1FEFB23A19FF857 | 06-26-2019 01:15:59 | Tushy | 06-25-2019 | 08-27-2019 | PA0002213234 |
| 22 | Info Hash: 087F48B3217D2E0820B77F2148C948C7554A3DB3<br>File Hash: 12C918C8C8EDA6938DA59142FFCAC10473D1722C59C207AE294FC300B6D3E23E | 06-26-2019 00:41:03 | Blacked Raw | 03-18-2019 | 04-08-2019 | PA0002164883 |
| 23 | Info Hash: 9C1D2FEC109870811C76068186E84BE13F50FC57<br>File Hash: 952DF8FE977B8EF61C6C73CFC20826AE1217F8F30DE1E880DB32ED3420A4062E | 06-23-2019 23:41:48 | Blacked | 06-19-2019 | 08-27-2019 | PA0002213298 |
| 24 | Info Hash: 8AF057A71B16809ABB2373C92E2E7B42AA5699EB<br>File Hash: C0181F36C3013FF1D765B265F84D3A0BA0EA45D50138FB714BB392BF125730AF | 06-23-2019 14:11:35 | Tushy | 05-31-2019 | 06-17-2019 | PA0002181300 |
| 25 | Info Hash: DD807B95ACDA59226EDE0DF8CF62314A1643EA62<br>File Hash: CFC943DD8ADEFCEE634829760B4A2871E70F7031094957CD4E5E4B2E4BF5BB1B | 06-02-2019 09:52:59 | Tushy | 12-07-2017 | 01-04-2018 | PA0002097494 |
| 26 | Info Hash: 02206898DC89BFE7215AF761F9120556FED4C838<br>File Hash: ED8977BB04DA7475D59081BF93F64DF460193A3225588CF5E01FFF57B3E999D9 | 06-02-2019 06:45:17 | Vixen | 07-28-2017 | 08-10-2017 | PA0002046871 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: CFFD935368920ABCDBCCA2310EC1AF17FAE5541E<br>File Hash: 530D9CF8627C29BAB8BDD2AC3942EBC8024F565A834BDDCEE6874F589C0793D2 | 06-02-2019 06:34:51 | Tushy | 03-27-2018 | 04-17-2018 | PA0002116065 |
| 28 | Info Hash: 29823D6304D16EA7DD941297B6EB8CDF50F529BF<br>File Hash: 1593A47387556FB7588D64125DC5EFB9A8591D54C747A7CDDBFF93F3B02D5526 | 06-02-2019 05:32:30 | Blacked | 07-19-2017 | 08-11-2017 | PA0002046876 |
| 29 | Info Hash: 9E6830F68F139715283F70F7717AFE7C54F9BE53<br>File Hash: BA89A4050CB5EFE02C2BB35A47643EDCA915C6BE667FCFDDD5962EFEDCA049DF | 05-15-2019 21:16:00 | Vixen | 02-23-2019 | 04-29-2019 | PA0002169931 |
| 30 | Info Hash: 62906BB416FDB39E6D89567E554265F4675FA366<br>File Hash: 90DD728A354B4FFB49F4157353ECE404EDE763B700E584722F9CAD312D6BCCF7 | 05-15-2019 20:49:38 | Blacked Raw | 12-20-2018 | 01-22-2019 | PA0002147906 |
| 31 | Info Hash: F2F1D363DB5FAAF52E0991EC8D44300307CF976C<br>File Hash: 383A0519E7F87F67E48BEE1637A2B65FCA49D2D93D26DBBF8F741D6981EFE163 | 05-15-2019 20:40:13 | Vixen | 11-20-2018 | 12-18-2018 | PA0002141925 |
| 32 | Info Hash: EAF66B260AAAEED6E818D95B9A78C4EC95D42DC8<br>File Hash: 253594122885516DE4901107F8B186FA0AD0361F091B5E14FB035918A9C5F1F2 | 05-15-2019 20:40:07 | Vixen | 09-01-2018 | 11-01-2018 | PA0002143431 |
| 33 | Info Hash: 6ECB1194D36700B5CC8EFEC1AA41EE0790BB29B8<br>File Hash: 2855C90D2229F16AA81EC01DC0B0B5DDCAD203487C23B656036B4961B916C87E | 05-15-2019 20:31:44 | Vixen | 03-30-2019 | 04-29-2019 | PA0002169943 |
| 34 | Info Hash: 118EB86B2CCCBB2C282856AC27FF2515ADB8D284<br>File Hash: A319BE235C2DE4351DBC9EAE8A2DDC8BBD4B23E031D8A4B0A020E2DE1CAF84C1 | 05-15-2019 20:15:12 | Blacked | 12-11-2018 | 01-22-2019 | PA0002147907 |
| 35 | Info Hash: F9B1C1D66AED353AE45C3DB37B2DCEA70E3E7649<br>File Hash: 55B79140DAC0943B0950CCB4FDA2EEBA6CF3EAE421B990BA2CA97A24DD3E3490 | 05-15-2019 20:09:57 | Vixen | 05-09-2019 | 06-03-2019 | PA0002178768 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 9F603D8C63DBB71F9A0412A6272081629F2302B8<br>File Hash: 2C112D6DCF8D71340CEA6FE8DAAB618588311BA0CAD0060E0D830F64E1A4FC89 | 05-15-2019 16:21:05 | Vixen | 01-09-2019 | 02-02-2019 | PA0002155377 |
| 37 | Info Hash: 4603983B3D84586DD6C69DE504A3327C0224A621<br>File Hash: 16E364CBE4F64E63805D9D2F8BA420B54A8CFA5F32E0C04FDC79EB8B5C133B26 | 05-15-2019 05:37:44 | Blacked | 04-20-2019 | 05-28-2019 | PA0002200782 |
| 38 | Info Hash: 0FCCA66E8060DC05A221832147357A295BD5BDC1<br>File Hash: D41CDE4E667263D193097E42CDCA562A0F38C6D727FB238AF2E6DEBD0CB7402D | 05-14-2019 23:40:39 | Tushy | 05-11-2019 | 07-05-2019 | PA0002206404 |
| 39 | Info Hash: 4FF125E7CC239D7453FF31E1BCACF32F09804795<br>File Hash: 092DF0D4620255E8673A25A447351D4BF3F82A2CB14E005A643CEFF4615A8991 | 04-08-2019 03:17:19 | Vixen | 03-25-2018 | 04-17-2018 | PA0002116726 |
| 40 | Info Hash: F803DBA40F99BC661F95BB34BA6890AC0382266D<br>File Hash: 6FE74089011BACDE485A3A88825A999AFD059AF55DD699859E3752F1DB44FE8A | 04-07-2019 03:08:50 | Blacked | 03-01-2018 | 04-12-2018 | PA0002091580 |
| 41 | Info Hash: 3DF5620260A186EA8E91E7A9E77F2FC6155B85A0<br>File Hash: E5C4FCC09CD92BB162A83AF181D21E1742F67C4E35D69BB77345017FD0B3CF0A | 04-07-2019 02:27:16 | Vixen | 02-28-2019 | 03-31-2019 | PA0002163973 |
| 42 | Info Hash: D63FB06AF6B302DA4424F4FE9C18954ADA910F75<br>File Hash: 430E07F44077FC4D8EF4AA41752BF8F13159DD24868BD4B043D619284F45CCCA | 04-07-2019 00:09:01 | Tushy | 06-20-2018 | 08-07-2018 | PA0002132405 |
| 43 | Info Hash: F68B489D7040C81C847F8C4ADB97413BF7E2A2BD<br>File Hash: A44D29BF100A18010A13E8BD683CE204368DBFCB6FA4013B9CF3B9C5CC579326 | 04-07-2019 00:08:04 | Blacked | 07-24-2018 | 09-01-2018 | PA0002119589 |
| 44 | Info Hash: 5E871D1CBAD2A537E0A21724A348E71E8776B0B2<br>File Hash: A69B001169ED3CF1A8117085A933380E60C83563DD7E9754DEA71370443D745F | 04-07-2019 00:03:13 | Blacked Raw | 09-04-2018 | 11-01-2018 | PA0002143430 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: E3EAD81C6439680A0ED4E8DA8AFB5BCAC881E3D5<br>File Hash: 015C4BEA8D8E167A2727ADD46DF7AE53758D38048064CB1EE602845522E7FD60 | 04-06-2019 21:39:02 | Tushy | 03-27-2019 | 04-29-2019 | PA0002169944 |
| 46 | Info Hash: 204B1E77C256925B38991A6736197AEB1DC773B2<br>File Hash: A9966A29ABBEAB9744ADBB9FA07C32D3244269C54804B227B7E3F1B81EB95850 | 03-18-2019 13:25:30 | Blacked Raw | 06-11-2018 | 07-09-2018 | PA0002109330 |
| 47 | Info Hash: 817DC38DAFC342D2CB4E93229E49736BEA5677EC<br>File Hash: EE450DF01A6A7BDA1A798BCED95F3330E09A2EC819F226AB2CC1471C4ADD07E7 | 03-18-2019 01:39:00 | Blacked | 01-30-2018 | 03-01-2018 | PA0002079186 |
| 48 | Info Hash: 017DC0E5EDF8218434B2F7F3D4A98FF4ECF25985<br>File Hash: DA3F231D372FEC15F1B42ACA7C6D63D406EEC255F3DFFA8B4D7FA4E7BB485333 | 03-17-2019 22:37:24 | Tushy | 11-21-2018 | 01-22-2019 | PA0002149838 |