```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STRIKE 3 HOLDINGS, LLC,

                Plaintiff,

-against-

JOHN DOE subscriber assigned IP address 74.108.49.191,

                Defendant.

1:21-cv-03974-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter filed by Plaintiff informing the Court that the parties have reached a settlement [ECF No. 11]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is DISMISSED WITH PREJUDICE and without costs to any party.

**SO ORDERED.**

Date: October 7, 2021
      New York, NY

                                  _____
                                  **MARY KAY VYSKOCIL**
                                  United States District Judge